█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM B. COLLIER, Appellant. [908 NYS2d 381]—Appeal from a judgment of the Wayne County Court (John B. Nesbitt, J.), rendered April 16, 2009. The judgment convicted defendant, upon his plea of guilty, of attempted criminal sale of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Fahey, Sconiers, Pine and Gorski, JJ.